UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



JACQUELINE ANNE YOUNG,
Plaintiff,

v.  Civil No. 2:13cv63

SOCIAL SECURITY ADMINISTRATION,
Defendant.

### FINAL ORDER

Plaintiff Jacqueline Anne Young brought this action under 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Social Security Commissioner ("Commissioner") finding that Plaintiff was overpaid $27, 395.10 in disability insurance benefits ("DIB") under Title II of the Social Security Act. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by order of reference dated April 23, 2013, this matter was referred to United States Magistrate Judge Tommy E. Miller for a Report and Recommendation.

In a Report and Recommendation ("R&R") filed January 13, 2014, Judge Miller found that the Administrative Law Judge's decision finding Ms. Young at fault for the overpayment of DIB was supported by substantial evidence. *See* ECF No. 15 at 8. Accordingly, Judge Miller recommended granting the Defendant's motion for summary judgment, denying Ms. Young's motion for summary judgment and affirming the final decision of the Commissioner. *Id.*

By copy of the R&R, each party was advised of the right to file written objections to the findings and recommendations made by Judge Miller within fourteen (14) days from the date the

R&R was mailed, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. The time for filing written objections has passed, and neither party has filed objections.[1] As indicated in the R&R, "failure to file timely objections to the findings and recommendations set forth [in the R&R] will result in waiver of right to appeal from a judgment of this [C]ourt based on such findings and recommendations." *Id.* at 9.

This Court has reviewed the R&R of Judge Miller (ECF No. 15) and hereby **ADOPTS** and **APPROVES** in full the findings and recommendations set forth therein. Accordingly, it is hereby **ORDERED** that the Defendant's Motion for Summary Judgment (ECF No. 11) is **GRANTED**, Ms. Young's Motion for Summary Judgment (ECF No. 10) is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**.

The Clerk is **REQUESTED** to send a copy of this Final Order to all parties.

**IT IS SO ORDERED.**

_____
Arenda L. Wright-Allen
United States District Judge

March 10, 2014
Norfolk, Virginia

---

[1] On January 31, 2014, the Court received notification that mail was undeliverable to Ms. Young at the address on file. On February 6, 2014, Ms. Young advised the Clerk's Office that she would update her address with the Court in writing and would return the same day with the updated information as well as with a motion for extension of time to file an objection. As of March 6, 2014, the Court has received neither updated contact information for Ms. Young nor a request for an extension of time.